**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CHARLES A. WINSTON,                                                                          PLAINTIFF
ADC #84733

2:12CV00237-JLH-JTK

DEXTER PAYNE, et al.                                                                          DEFENDANTS

## ORDER

Summons was returned, unexecuted, with respect to Defendant Branscomb on February 14, 2013 (Doc. No. 5). Included with the return is a notation that Defendant Branscomb is employed by Corizon, Inc. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Infirmary Supervisor Branscomb, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (Doc. No. 1) on Defendant, in care of Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 20th day of February, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE