**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CHARLES A. WINSTON,                                                                                    PLAINTIFF
ADC #84733

v.                                          No. 2:12CV00237-JLH-JTK

DEXTER PAYNE, et al.                                                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants' motions for summary judgment (Documents #37, #40) are GRANTED.

2) Plaintiff's allegations against defendant Branscomb are dismissed without prejudice.

3) Plaintiff's allegations against defendants Payne, Westbrook, Wiggins, Gay, and Etherly are dismissed with prejudice.

4) The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 2nd day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE