## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CHARLES A. WINSTON,                                                                                                PLAINTIFF
ADC #84733

v.                                            No. 2:12CV00237-JLH-JTK

DEXTER PAYNE, et al.                                                                                          DEFENDANTS

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED. The relief sought is denied.

IT IS SO ORDERED this 2nd day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE